8

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **MARY BOLDEN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 13-cv-2242 |
| v. | ) |
| | ) |
| **MIDWEST RECOVERY SYSTEMS, LLC** | ) |
| | ) |
| Defendant. | ) |

So Ordered
/s/ W. Sippel USDJ
11/14/13

**DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff and hereby dismisses this action without prejudice. Each party to bear its own costs.

THE EASON LAW FIRM, LLC

s/ James W. Eason
_____
JAMES W. EASON, #57112
THE EASON LAW FIRM, LLC
124 Gay Avenue, Suite 200
St. Louis, Missouri 63105
Phone: (314) 932-1066
Fax:    (314) 667-3161
james.w.eason@gmail.com